**Opinion issued May 13, 2021**



In The

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-21-00223-CV**

————————————

**IN RE ADRIENNE JONES, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Adrienne Jones, has filed a petition for writ of mandamus challenging the trial court's oral ruling on April 20, 2021 denying her application for a protective order in the underlying divorce and child custody litigation.[1] In conjunction with the

---

[1] The underlying case is *In the Matter of the Marriage of Adrienne Jones and Toddrick Jones and In the Interest of D.J., K.J., L.J., and L.J.*, cause number 21-DCV-282276, pending in the 328th District Court of Fort Bend County, Texas, the Honorable Walter G. Armatys presiding.

petition, Realtor filed a motion for an emergency stay. We deny the petition and dismiss the stay motion as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.